**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7223**

———————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

JULEEN BROWN, a/k/a Carol Baxter,

                                        Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (CR-96-108)

———————

Submitted:  December 16, 2002        Decided:  December 20, 2002

———————

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Juleen Brown, Appellant Pro Se.  Stephen Wiley Miller, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Juleen Brown appeals the district court's order denying her motion to modify term of imprisonment and her request to allow her to resubmit her claim based on Apprendi v. New Jersey, 530 U.S. 466 (2000), under Fed. R. Civ. P. 60(b). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Brown, No. CR-96-108 (E.D. Va. July 29, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED